# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

**Lisa Annette DeVivo, Sui Juris**

v.

**Dominique Hendricks, Justin Hendricks, Lisa E. Stone, Simone Bell, Joann Touch, Richard Hendricks, and other unnamed actors associated with the Superior Court of New Jersey**

**Civil Action No.** *(To be assigned upon filing)*

# VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

## APPLICATION TO PROCEED IN FORMA PAUPERIS – PRIOR APPROVALS

*To be docketed upon receipt — ministerial duty. Public filing. No seal.*

I, Lisa Annette DeVivo, a living woman appearing *Sui Juris* under Natural Law and the organic Constitution for the United States of America, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

> I am financially unable to pay the filing fees in this matter.
> This Court has previously granted me in forma pauperis (IFP) status in multiple actions, including *DeVivo v. Superior Court of New Jersey et al.*, Civil No. 1:25-cv-3870-CPO, and *DeVivo v. City of Somers Point*, Civil No. 1:25-cv-01558. My financial circumstances remain unchanged since those determinations, and my prior sworn financial affidavits remain true and accurate. I respectfully request IFP status in this action based on prior approvals, pursuant to 28 U.S.C. § 1915.

Respectfully submitted,
**S/Lisa Annette DeVivo, Sui Juris**
Reservation of all rights — UCC 1-308
2606 NW 104th Avenue  apt 405• Sunrise, Fl 33322• LisaAnnette11@aol.com, (802)309-6369
Date: August 14, 2025

# DECLARATION

I, Lisa Annette DeVivo, appearing *Sui Juris* under full constitutional authority and Natural Law, declare:

- **Immediate Jury Trial**: I demand a jury trial at the earliest practicable date, ideally within fourteen (14) days, pursuant to the Seventh Amendment, Federal Rule of Civil Procedure (FRCP) 38, and FRCP 60(d)(3), to address fraud upon the court (see Exhibits A1–A3, B–F).
- **Void Prior Orders**: All prior orders affecting myself and my daughter, including those issued in Atlantic and Cumberland Counties, are void ab initio due to fraud upon the court, identity impersonation, docket tampering, and enterprise interference designed to suppress filings, reroute jurisdiction, and erase legacy records (see Exhibits B, C, D).
- **Emergency Relief**: I seek immediate injunctive relief under FRCP 65 to return safely to my home and reunite with my daughter prior to the academic year's commencement. This is a constitutional emergency under the Fifth and Fourteenth Amendments, as continued separation causes irreparable emotional and developmental harm (see Exhibit E).

# PUBLIC CONSOLIDATION AND TRANSPARENCY

- **Consolidation**: All filings, habeas petitions, forensic affidavits, constitutional claims, and exhibits previously rerouted, fractured, or suppressed in related matters (e.g., DNJ 1:25-cv-3870-CPO, DNJ 1:25-cv-13624, DNJ 1:25-cv-01558, DNJ 1:24-cv-08430, EDPA 2:24-cv-04775) shall be consolidated under one publicly visible case in this Court.
- **Scope**: This includes all matters influenced or tainted by Judge Christine P. O'Hearn or enterprise-linked actors, as evidenced by docket dismantling and improper consolidation (see Exhibits H, K, L).
- **Visibility**: No document shall be sealed. All filings must be restored to public view and constitutional jurisdiction to uphold First Amendment access to courts.

# PROHIBITION OF ENTERPRISE ACTORS

- **Recusal/Ban**: Judge Christine P. O'Hearn and any affiliated clerks, surrogates, or enterprise-linked personnel are prohibited from accessing, influencing, rerouting, or presiding over this matter due to conflicts of interest and judicial misconduct (see Exhibit I).
- **Neutral Panel**: This case shall be reassigned to a neutral constitutional panel untainted by enterprise affiliations, pursuant to 28 U.S.C. § 455.

- **Forensics**: All metadata, docket activity, and formatting reroutes must be subject to forensic review to uncover tampering, with all prior rulings by O'Hearn voided (see Exhibits A1–A3, K).

# JURISDICTION AND VENUE

- **Federal Question**: This action arises under the Constitution and laws of the United States, including 28 U.S.C. §§ 1331 (federal question), 1343 (civil rights), and 2241 (habeas corpus), and invokes the Court's inherent authority to remedy fraud upon the court under FRCP 60(d)(3), as affirmed by *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944).
- **Venue**: Venue is proper in the District of New Jersey, Camden Vicinage, as substantial events, actors, records, and orders at issue are anchored in Atlantic County and related New Jersey counties, and prior related federal actions have proceeded in this District (see Exhibit L).

# CONSTITUTIONAL BASIS

- **Fifth Amendment**: Due process against deprivation of liberty and property.
- **Fourteenth Amendment**: Equal protection and due process against state actors.
- **Seventh Amendment**: Right to jury trial in suits at common law.
- **Habeas Corpus**: Protection from unlawful detention, per Article I, Section 9.
- **Emergency Equity Jurisdiction**: To prevent irreparable harm, as rooted in Natural Law and *Ex parte Milligan*, 71 U.S. 2 (1866).

# STATEMENT OF FACTS

### Identity Fraud, Alias Network, and Record Sabotage

- **Alias Network**: Court records document an extensive alias web centered around "Lisa DeVivo," tied to State Bureau of Identification (SBI) numbers 400909B, 877692A, 966748C, 390143B across Atlantic, Middlesex, Camden, Union, Gloucester, Morris, and Mercer Counties (see Exhibits K, L).
- **"0000" Birth-Year Anomaly**: Use of "0000" birth years for aliases (e.g., Patricia Theriault, Richard DeVivo, Rocky DeVivo, Stephanie DeVivo) obscures identity verification and misattributes liabilities (see Exhibit D).
- **Clean vs. Dirty Records**: Absence of civil judgments for some aliases despite criminal records shows "clean" identities used to project fraudulent liabilities onto me and my

- family; other identities (e.g., Lisa L. DeVivo DMV judgments, 1994–2001) show stacked, fraudulent financial entries (see Exhibit C).
- **Fragmentation**: Geographic and temporal splits (e.g., Stephanie DeVivo 1987 conviction—Union; 2008/2022 civil judgments—Morris; Rocky DeVivo aliases—Gloucester/Camden vs. Mercer judgments) prevented accurate consolidation and drove mistaken-identity prejudice (see Exhibit L).

### Judicial Complicity and Fraudulent Powers

- **Fraudulent POA and Void Orders**: A fraudulent Power of Attorney and void restraining, custody, divorce, and foreclosure orders were facilitated by judges in Atlantic and Cumberland Counties (e.g., Judges Freed, Sheppard, Levin, Sheffler, Ridgway, Chaudrhi, Bertram, Telsey), legitimizing fraudulent actions and obstructing recourse (see Exhibits B, C, D).
- **Enterprise Interference**: Filing sabotage, rerouting, and formatting fractures suppressed habeas petitions and constitutional filings, including improper consolidation of my daughter's habeas petition into my own, filed during unlawful incarceration in Camden County on fabricated charges (see Exhibits E, F, K).
- **Judicial Misconduct by Judge O'Hearn**: Judge O'Hearn dismantled the docket in DNJ 1:25-cv-03870-CPO, reassociated with a case she dismissed with prejudice, and improperly merged habeas petitions, shielding enterprise actors and facilitating property embezzlement (see Exhibits H, I, K).

### Device Forensics and Suppression

- **Device Analytics**: Logs show unauthorized access, log failures, off-grid routing, UUID continuity anomalies, and firewall triggers correlating with court deadlines (see Exhibits A1–A3).
- **Suppressed Access**: Closed or inaccessible PACER records obstructed review of documents needed to substantiate fraud and litigate habeas relief (see Exhibit K).

### Harm and Urgency

- **Personal Harm**: Asset depletion, debt accumulation, unlawful detention exposure, civil/criminal entanglements, loss of autonomy, and severe emotional distress.
- **Family Harm**: My daughter was unlawfully removed from my custody through void orders, and my mother's identity was exploited, compounding financial and legal harms (see Exhibits B, E).
- **Ongoing Risk**: Each day of delay perpetuates irreparable harm; emergency injunctive relief is required for safe reentry and reunification before the academic year (see Exhibit E).

## RELATED PRIOR FEDERAL MATTERS

- **DNJ 1:25-cv-3870-CPO**: Habeas petition addressing fraud upon the court, identity manipulation, closed PACER access, and cross-county aliasing (see Exhibits H, K).
- **DNJ 1:25-cv-13624**: Habeas petition detailing cross-state suppression and named actors (see Exhibit F).
- **DNJ 1:25-cv-01558**: Civil rights complaint against municipal entities and judges (see Exhibit L).
- **DNJ 1:24-cv-08430**: Prior habeas action with IFP approval, evidencing unchanged financial status (see Exhibit G).
- **EDPA 2:24-cv-04775**: Habeas petition addressing unlawful detention in Montgomery County (see Exhibit E).

## CLAIMS FOR RELIEF

### Constitutional Violations

- **Fourth Amendment**: Unreasonable seizures via identity misuse and unlawful detention.
- **Fifth Amendment**: Deprivation of property and liberty without due process through falsified records and fraudulent instruments.
- **Sixth Amendment**: Denial of fair hearings in prior state proceedings due to fragmented records and enterprise interference (see Exhibits B, C, D).
- **Eighth Amendment**: Cruel and unusual punishment through fabricated charges and detention.
- **Fourteenth Amendment**: Denial of equal protection and due process via systemic manipulation.

### Statutory Violations

- **18 U.S.C. § 242**: Deprivation of rights under color of law by named defendants and enterprise actors.
- **18 U.S.C. § 1341**: Mail fraud as part of the scheme to defraud.
- **18 U.S.C. § 1028**: Identity theft and document fraud.
- **28 U.S.C. § 2241**: Federal habeas jurisdiction to address unlawful detention.

## PRAYER FOR RELIEF

I respectfully demand the following relief:

1. **Immediate Jury Trial**: Within 14 days, pursuant to FRCP 38 and 60(d)(3), to adjudicate constitutional claims.
2. **Emergency Injunctive Relief**: Under FRCP 65, ensure safe reentry to my home and immediate reunification with my daughter prior to the academic term.

3. **Declaration of Void Orders**: Declare all prior orders void due to fraud upon the court, impersonation, and docket tampering (see Exhibits B, C, D).
4. **Public Consolidation**: Consolidate all fractured or suppressed filings under a single visible docket in Camden, restoring public access (see Exhibit L).
5. **Recusal and Prohibition**: Remove Judge O'Hearn and enterprise-linked actors under 28 U.S.C. § 455; reassign to a neutral constitutional panel.
6. **Forensic Review**: Order forensic analysis of metadata, docket activity, and reroutes, preserving digital evidence (see Exhibits A1–A3, K).
7. **Access to PACER**: Grant access to closed PACER cases to substantiate fraud and habeas claims (see Exhibit K).
8. **Forensic Investigation**: Audit SBI numbers 400909B, 877692A, 966748C, 390143B and "0000" birth-year anomalies; conduct a cross-jurisdictional record search.
9. **Asset Tracing**: Order financial and asset tracing to recover properties diverted through fraud; perform link analysis among actors and entities (see Exhibit D).
10. **Record Review**: Review public defender and judgment records (e.g., Rocky DeVivo, Catherine DeVivo) to uncover criminal/financial motivations (see Exhibit L).
11. **Permanent Injunction**: Nullify fraudulent Power of Attorney and prohibit further identity exploitation.
12. **Restitution and Damages**: Award $100,000 per day for each day of unlawful detention, family separation, and consequential harms, plus treble damages for property embezzlement under Natural Law restitution principles, and punitive damages for violations of 18 U.S.C. § 242.
13. **Further Relief**: Grant any additional relief in law or equity to restore constitutional rights and judicial integrity.

---

# EXHIBIT INDEX

- **Exhibit A1**: Analytics — August 2, 2025 (battery residency logs, UUID anomalies, off-grid routing).
- **Exhibit A2**: Analytics — August 3, 2025 (log failures, Siri command anomalies).
- **Exhibit A3**: Analytics — August 11, 2025 (device ID continuity breaches, firewall triggers).
- **Exhibit B**: Temporary Restraining Order — FV-01-000878-22 (void order, impersonation, Judge Sheppard).
- **Exhibit C**: Divorce Judgment — FM-06-380-24 (formatting sabotage, property hijack).
- **Exhibit D**: Foreclosure Docket — SWC-F-004595-24 (enterprise layering, formatting fracture).
- **Exhibit E**: Habeas Corpus — EDPA 2:24-cv-04775 (unlawful detention, Montgomery County).
- **Exhibit F**: Habeas Corpus — DNJ 1:25-cv-13624 (cross-state suppression, named actors).
- **Exhibit G**: Prior IFP Grant Order (e.g., DNJ 1:25-cv-3870-CPO).
- **Exhibit H**: CM/ECF Notice — DNJ 1:25-cv-03870-CPO (July 9, 2025, motion deadlines).

- **Exhibit I**: Order by Judge O'Hearn (conflicted rulings).
- **Exhibit J**: Receipt Documentation — August 11, 2025 (court intake, analytics).
- **Exhibit K**: Case Docket — DNJ 1:25-cv-03870-CPO (dismantling patterns).
- **Exhibit L**: Related NJ Federal Cases Compilation (e.g., DNJ 1:25-cv-01558, DNJ 1:24-cv-08430).

# AFFIDAVIT OF HARM (SUMMARY)

I, Lisa Annette DeVivo, declare under penalty of perjury:

- **Impersonation and Suppression**: I have been impersonated and suppressed across judicial dockets through alias networks and fraudulent records (see Exhibits B, C, D).
- **Family Harm**: My daughter has been unlawfully removed from my custody via void orders; my mother's identity has been exploited (see Exhibit E).
- **Property Hijack**: My inheritance properties have been embezzled through formatting fraud and foreclosure laundering (see Exhibit D).
- **Filing Sabotage**: My filings have been blocked, rerouted, and dismantled by enterprise-linked actors, including Judge O'Hearn (see Exhibits H, K).
- **Device Evidence**: Forensic analytics show unauthorized access and tampering correlating with court deadlines (see Exhibits A1–A3).
- **Demand**: I demand restoration of rights, family reunification, public adjudication, and forensic audits to remedy these violations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

# CERTIFICATE OF SERVICE

I certify that on August 14, 2025, a true copy of this Verified Complaint and all exhibits was submitted via the Court's alternative electronic submission portal (e.g., clerk intake email or designated *pro se* filing system) to the Clerk of Court, United States District Court for the District of New Jersey, Camden Vicinage, due to restricted access to my PACER account. Copies were also served electronically on all named defendants (Dominique Hendricks, Justin Hendricks, Lisa E. Stone, Simone Bell, Joann Touch, Richard Hendricks) and Judge Christine P. O'Hearn at the Camden Vicinage email or address, to the extent permitted by court rules for *pro se* filers.

**Lisa Annette DeVivo, Sui Juris**
Reservation of all rights — UCC 1-308
Location: Narberth, PennsylvaniaJurisdiction anchor: District of New Jersey, Camden Vicinage
Date: August 14, 2025

Case 2:25-cv-14704-SDW-JBC     Document 1     Filed 08/15/25     Page 8 of 8 PageID: 8